UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELROY COLEMAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-4325** |
| **TERREBONNE PARISH CRIMINAL JUSTICE COMPLEX, ET AL.** | **SECTION: "F"(1)** |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the motion to dismiss filed by the Terrebonne Parish Consolidated Government (responding on behalf of the "Nursing Staff at T.P.C.J.C."), Dr. Richard Haydel, and Richard Neal is **GRANTED** and the federal civil rights claims against those defendants are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff's federal civil rights claims against the Terrebonne Parish Criminal Justice Complex, Sheriff Jerry Larpenter, and Warden Thomas Cope are **DISMISSED WITH PREJUDICE** as frivolous and/or failure to state a claim upon which relief may be granted.

New Orleans, Louisiana, this  13th  day of    November   , 2013.

_____
**UNITED STATES DISTRICT JUDGE**